**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 22-1112**

───────────────

GREGORY SCOTT SAVOY,

        Plaintiff - Appellant,

      v.

PETER FRANCHOT, Maryland Comptroller; CRAIG M. BURNS, Tax Commissioner,

        Defendants - Appellees.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O'Grady, Senior District Judge.  (1:20-cv-00784-LO-IDD)

───────────────

Submitted:  July 21, 2022                                   Decided:  July 25, 2022

───────────────

Before MOTZ, HARRIS, and RUSHING, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Gregory Scott Savoy, Appellant Pro Se.  Brian L. Oliner, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Annapolis, Maryland, for Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Scott Savoy appeals the district court's amended order denying relief on his civil action in which he challenges actions by Maryland and Virginia taxing authorities to assess and collect income tax from him.  We have reviewed the record and find no reversible error.  Accordingly, we deny Savoy's motions to expedite, for suspension of rules, and to transfer physical exhibits, and we affirm for the reasons stated by the district court.  *Savoy v. Franchot*, No. 1:20-cv-00784-LO-IDD (E.D. Va. Feb. 2, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*